UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cr2855-L |
| Plaintiff, | ) ) | PRELIMINARY ORDER |
| | ) | OF CRIMINAL FORFEITURE |
| v. | ) | |
| JOHN ANTHONY BULL, | ) ) | |
| Defendant. | ) ) | |

WHEREAS, in the Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific properties of the above-named Defendant pursuant to Title 18, United States Code, Section 2253 as properties that are visual depictions described in Title 18, United States Code, Section 2252, and all items containing such visual depictions, which were possessed in violation of Title 18, United States Code, Section 2252; and all property, real and personal, used and intended to be used to commit or promote the commission of the aforesaid offense; and

WHEREAS, on or about May 6, 2008, the above-named Defendant, JOHN ANTHONY BULL ("Defendant"), pled guilty before this Court to the Information, which plea included consent to the criminal forfeiture allegation pursuant to Title 18 as set forth in the Information; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the forfeited properties and the offense; and

//

1    WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession

2    of said properties, pursuant to 18 U.S.C. § 2253 and Rule 32.2(b) of the Federal Rules of Criminal

3    Procedure; and

4    WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to

5    take custody of the following properties which were found forfeitable by the Court, namely:

6        (1)    Computer images depicting minors engaging in sexually explicit
conduct and the hard drives on which they are maintained; and

7

8        (2)    One Compaq Presario SR1620NX Computer, Serial Number
MXK54513K9; and

9    WHEREAS, the United States, having submitted the Order herein to the Defendant through

10   his attorney of record, to review, and no objections having been received;

11   Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

12   1.    Based upon the guilty plea of the Defendant, the United States is hereby authorized

13   to take custody and control of the following assets, and all right, title and interest of Defendant

14   JOHN ANTHONY BULL in the following properties are hereby forfeited to the United States for

15   disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

16       (1)    Computer images depicting minors engaging in sexually explicit
conduct and the hard drives on which they are maintained; and

17

18       (2)    One Compaq Presario SR1620NX Computer, Serial Number
MXK54513K9.

19   2.    The aforementioned forfeited assets are to be held by the United States Marshals

20   Service in its secure custody and control.

21   3.    Pursuant to Rule 32.2(b)and (c), the United States is hereby authorized to begin

22   proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights

23   of third parties.

24   4.    Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21,

25   United States Code, Rule 32.2(b)(3), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules

26   for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall

27   publish for thirty (30) consecutive days on the Government's forfeiture website,

28   www.forfeiture.gov, notice of this Order, notice of the Marshals Service's intent to dispose of the

1    properties in such manner as the Attorney General may direct, and notice that any person, other

2    than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must

3    file a petition with the Court within thirty (30) days of the final publication of notice or of receipt

4    of actual notice, whichever is earlier.

5            5.      The United States may also, to the extent practicable, provide direct written notice

6    to any person known to have alleged an interest in the properties that are the subject of the

7    Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons

8    so notified.

9            6.      Upon adjudication of all third-party interests, this Court will enter an Amended

10   Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

11

12   DATED:  January 13, 2009

13   _____

14   M. James Lorenz
     United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28